

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2016

No. 04-16-00191-CR

Sean David **CRAIG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR11522
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The court reporter's notification of late record is date NOTED. The reporter's record is due July 18, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court